# EXHIBIT 5

v.

SANA HEALTHCARE CARROLLTON, LLC

June 21st, 2024

METROCREST HOSPITAL AUTHORITY  VIA FEDEX AND CERTIFIED MAIL
4325 North Josey Lane
Carrollton, Texas 75010
Attn: Charles B. Heath, Chief Executive Officer

Michael J. Collins  VIA FEDEX AND CERTIFIED MAIL
The Collins Law Group
8350 N. Central Expwy., Suite 950
Dallas, TX 75206

Re: Lease Agreement dated as of October 20, 2019, by and between METROCREST HOSPITAL AUTHORITY (f/k/a The Farmers Branch Hospital Authority), a Texas municipal hospital authority ("Landlord"), and SANA HEALTH CARE CARROLLTON, LLC, a Nevada limited liability company ("Tenant"), with respect to certain Leased Premises, as further described in the Lease.

Ladies and Gentlemen,

Please be advised that, pursuant to the terms and provisions of Sections 1.1.48 and 2.3 of the Lease, Tenant hereby exercises Tenant's option to renew the Lease Term for an additional five (5) years, commencing on January 1, 2026, and expiring on December 31, 2031. Base Rent for the Renewal Period shall be as set forth in Section 5.1.3 of the Lease.

Tenant's exercise of the option does not waive any of its claims, counterclaims, and/or rights as asserted in Cause No. 24-0056-431; *Sana Healthcare Carrollton, LLC d/b/a Carrollton Regional Medical Center v. Metrocrest Hospital Authority*; in the 431st Judicial District Count of Denton County, Texas (the "Lawsuit"). All such claims, counterclaims, and/or rights asserted in the Lawsuit are expressly reserved.

Respectfully submitted,

Sana Healthcare Carrollton, LLC

By: _____
Name: Krishna P Surapaneni
Title: President

cc: Aaron Tobin  VIA EMAIL: atobin@condontobin.com

28323249v1 95720.003.00

cc: Michael Collins         VIA EMAIL: Mcollins@cblegal.com

28323249v1 95720.003.00