# EXHIBIT 6

v.

FILED: 3/21/2025 eFiled.TXCourts.gov on
David Trantham
Denton County District Clerk
By: Rebecca Feller, Deputy
3/21/2025 11:19 AM

CAUSE NO. 24-0056-431

| | | |
|---|---|---|
| SANA HEALTHCARE CARROLLTON, | § | IN THE DISTRICT COURT |
| LLC, d/b/a CARROLLTON REGIONAL | § | |
| MEDICAL CENTER | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 431st JUDICIAL DISTRICT |
| | § | |
| METROCREST HOSPITAL | § | |
| AUTHORITY | § | |
| | § | |
| Defendant. | § | DENTON COUNTY, TEXAS |

## FINAL JUDGMENT

On December 20, 2024, the Court entered the following orders: (i) Order Granting Defendant Metrocrest Hospital Authority's Traditional Motion for Partial Summary Judgment Against Plaintiff's Breach of Contract Claim, (ii) Order on Plaintiff's Objections to Defendant's Summary Judgment Evidence, (iii) Order on Defendant's Objections to Plaintiff's Response to Defendant's Traditional Motion for Partial Summary Judgment Against Plaintiff's Breach of Contract Claim, (iv) Order Denying Plaintiff's Partial Traditional Motion for Summary Judgment and (iv) Order Denying Plaintiff's Motion to Strike and Objection to Defendant's Sur-Reply to Plaintiff's Reply in Support of its Partial Traditional and No Evidence Motion for Summary Judgment and Objections to Defendant's Evidence, (collectively, the "December Orders").

On February 19, 2025, the Court entered the following orders: (i) Order Granting Defendant's Traditional Motion for Partial Summary Judgment Against Plaintiff's Money Had and Received & Unjust Enrichment Claims, (ii) Order Granting Defendant's No Evidence Motion for Partial Summary Judgment Against Plaintiff's Money Had and Received Claims, (iii) Order Granting Defendant's No Evidence Motion for Partial Summary Judgment Against Plaintiff's Unjust Enrichment Claims, (iv) Order Denying Defendant's Motion to Expunge Plaintiff's Notice of Lis Pendens and (v) Order Sustaining Defendant's Objections to Plaintiff's Summary Judgment Evidence in Plaintiff's Response to Defendant's Traditional

and No-Evidence Motions for Partial Summary Judgment Against Plaintiff's Money Had and Received and

Unjust Enrichment Claims, (collectively, the "February Orders"). The December and February Orders are

collectively referred to herein as the "Orders."

On February 19, 2025, the Court also dismissed Defendant's Counterclaims for Declaratory

Judgment and Suit to Quiet Title. Having considered the Orders and rulings made on February 19, 2025,

the Court hereby RENDERS JUDGMENT as follows:

It is ORDERED, ADJUDGED AND DECREED that Plaintiff takes nothing by way of its claims against

Defendant, and that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Further, it is ORDERED, ADJUDGED AND DECREED that Defendant takes nothing by way of its

counterclaims against Plaintiff, and that Defendant's counterclaims are DISMISSED WITH PREJUDICE.

Further, it is ORDERED, ADJUDGED AND DECREED that the Parties incur their own costs and fees.

Any other relief not expressly granted is DENIED.

This is a final judgment, disposing of all claims, parties and controversies and is appealable.

SIGNED ON THIS DAY _____3/20/2025_____

_____
Judge Presiding

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Smith on behalf of Cody Lewis
Bar No. 24074595
nsmith@hbwvlaw.com
Envelope ID: 98624115
Filing Code Description: Final Order/Judgment/Decree (closes entire case)
Filing Description:
Status as of 3/21/2025 8:18 AM CST

Associated Case Party: Sana Healthcare Carrollton, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Aaron Z. Tobin | | atobin@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| Leah KLanier | | llanier@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| Chasity Selvy | | cselvy@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| Tiffany Sims | | tsims@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| Faisal Al Alam | | FAIAlam@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| J Steele | | jsteele@condontobin.com | 3/19/2025 9:59:25 AM | SENT |
| Lindsey Hardy | | lhardy@condontobin.com | 3/19/2025 9:59:25 AM | SENT |

Associated Case Party: Metrocrest Hospital Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard DHayes | | rhayes@hbwvlaw.com | 3/19/2025 9:59:25 AM | SENT |
| Cody Lewis | | clewis@hbwvlaw.com | 3/19/2025 9:59:25 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Kruger | | dkruger@hbwvlaw.com | 3/19/2025 9:59:25 AM | SENT |
| Nicole Smith | | nsmith@hbwvlaw.com | 3/19/2025 9:59:25 AM | SENT |